**Electronically Filed
Supreme Court
SCWC-11-0000048
28-MAR-2013
02:23 PM**

SCWC-11-0000048

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

FAUSTINO TRANSFIGURACION, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000048; CR. NO. 09-1-00126K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ., with Acoba, J.,
dissenting, with whom Pollack, J., joins)

The Application for Writ of Certiorari filed on

February 11, 2013 by Petitioner/Defendant-Appellant Faustino

Transfiguracion is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 28, 2013.

Jon K. Ikenaga,               /s/ Mark E. Recktenwald
for petitioner

                               /s/ Paula A. Nakayama

                               /s/ Sabrina S. McKenna

